It is hereby
ORDERED that the Order set forth below is hereby signed as an order of the court to be entered by the clerk.



Signed: January 28, 2005.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| RUFUS STANCIL, JR., | ) | Case No. 01-02220 |
| | ) | (Chapter 7) |
| Debtor. | ) | |

ORDER DENYING DEBTOR'S CONTEMPT MOTION

Pursuant to a decision of this date, it is

ORDERED that the debtor's contempt motion (entitled "Request for Entry of Order Requiring Sunrise Atlantic, LLC, John K. Reiff, Esquire, John Ried, Esquire, Delaurentis Reiff & Turer, LLC and Morris R. Battino, Esquire To Show Cause Why They Ought Not be Held in Contempt") (Docket Entry No. 594) is DENIED.

[Signed and dated above.]

Copies to: Edward J. Kimmel [Debtor's Attorney]; Wendell W. Webster [Trustee]; John K. Reiff and John E. Reid [Counsel for Respondents]; Office of U.S. Trustee.