UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RUFUS STANCIL, JR. | ) | Case No. 01-02220 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to 11 U.S.C. § 347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court", in the amount of $27,619.58, representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Washington Gas<br>Customer Credit Department<br>1100 H Street, NW, 2nd Floor<br>Washington, DC 20080 | $27,238.97 |
| Sears Roebuck and Co.<br>P.O. Box 3671<br>Des Moines, IA 50322 | $31.11 |
| Providian National Bank<br>P.O. Box 24224<br>Louisville, KY 40224 | $349.50 |

Date: July 28, 2016

*/s/ Wendell W. Webster*
Bar No. 245656
Webster & Fredrickson, PLLC
1775 K Street, N.W., Suite 600
Washington, DC 20006
(202) 659-8510

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Report of Unclaimed Funds was electronically sent on **28th** day of July, 2016 to:

Joseph Guzinski, Esq..
Office of the United States Trustee
115 S. Union Street
Suite 210
Alexandria, VA  22314

/s/ Wendell W. Webster
Wendell W. Webster, Trustee
Webster & Fredrickson, PLLC
1775 K Street, N.W.
Suite 600
Washington, DC  20006
(202) 659-8510